IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
|         Plaintiff, | ) ) ) CIVIL ACTION |
| vs. | ) ) Case No. 4:24-CV-00011 |
| JAMES HOLMES, Trustee of JAMES C. HOLMES FAMILY TRUST and YIPPIE DOODLE CORPORATION, | ) ) ) ) |
|         Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL OF DEFENDANT
WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS and Defendant, JAMES HOLMES, Trustee of JAMES C. HOLMES FAMILY TRUST and YIPPIE DOODLE CORPORATION, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, JAMES HOLMES, Trustee of JAMES C. HOLMES FAMILY TRUST and YIPPIE DOODLE CORPORATION, and this entire case with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 12th day of September, 2024.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/ *Douglas S. Schapiro*
                                        Douglas S. Schapiro, Esq.
                                        State Bar No. 54538FL
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com
                                        Attorney for Plaintiff

/*s/ Nolan Klein*/
Nolan Klein, Esq.
*Admitted Pro Hac Vice*
The Law offices of Nolan Klein, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL  33431
Phone: (954) 745-0588
Email:  klein@nklegal.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2024 we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL